JUSTIN J. BUSTOS (NV Bar No. 10320)
Email: jbustos@dickinsonwright.com
DICKINSON WRIGHT PLLC
100 West Liberty Street, Suite 940
Reno, NV 89501-1991
Telephone: (775) 343-7500
Facsimile: (844) 670-6009

HEIDI L. KEEFE (CA Bar No. 178960) (*Pro Hac Vice Forthcoming*)
Email: hkeefe@cooley.com
MARK R. WEINSTEIN (CA Bar No. 193043) (*Pro Hac Vice Forthcoming*)
Email: mweinstein@cooley.com
LOWELL D. MEAD (CA Bar No. 223989) (*Pro Hac Vice Forthcoming*)
(lmead@cooley.com)
PHILIP H. MAO (CA Bar No. 300711) (*Pro Hac Vice Forthcoming*)
Email: pmao@cooley.com
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

*Attorneys for Defendant Facebook, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SILVER STATE INTELLECTUAL TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> FACEBOOK, INC., <br><br> Defendant. | Case No. 2:17-cv-643-RFB-PAL <br><br> **STIPULATION TO EXTEND TIME FOR FACEBOOK, INC. TO ANSWER THE COMPLAINT** <br><br> **(FIRST REQUEST)** |

Pursuant to LR IA 6-1, 6-2, and LR 7-1, and the Chamber Practices of The Honorable Richard F. Boulware, II, the parties, by and through their counsel, stipulate and agree that Defendant Facebook, Inc. ("Facebook") shall have up to and including May 15, 2017, to file an Answer or to otherwise respond to Plaintiff Silver State Intellectual Technologies, Inc.'s ("Silver State") Complaint. The deadline for the Answer is currently April 24, 2017, pursuant to the Proof of Service filed on April 12, 2017.

This is the first request for such an extension. Facebook has requested an extension of time

to answer or to otherwise respond to Silver State's Complaint in order to have additional time to investigate the allegations in the Complaint and prepare its filing in response.

Counsel for Facebook and Silver State have conferred regarding this request and Silver State does not oppose the extension.

Therefore, the parties stipulate and agree that the deadline for Facebook to Answer or to otherwise respond to Silver State's Complaint be moved to May 15, 2017.

Dated: April 17, 2017                             Respectfully submitted,

/s/ Frederick S. Berretta                         /s/ Justin J. Bustos
R. Scott Weide (NV Bar No. 5541)                  JUSTIN J. BUSTOS (NV Bar No. 10320)
E-mail: sweide@weidemiller.com                    Email: jbustos@dickinsonwright.com
F. Christopher Austin (NV Bar No. 6559)           DICKINSON WRIGHT PLLC
Email: caustin@weidemiller.com                    100 West Liberty Street, Suite 940
WEIDE & MILLER, LTD.                              Reno, NV 89501-1991
Bank of Nevada Building                           Telephone: (775) 343-7500
5th Floor, Suite 530                              Facsimile: (844) 670-6009
7251 West Lake Mead Blvd.
Las Vegas, NV 89128                               HEIDI L. KEEFE (CA Bar No. 178960)
Phone: (702) 382-4804                             Email: hkeefe@cooley.com
Facsimile: (702) 382-4805                         MARK R. WEINSTEIN (CA Bar No. 193043)
                                                  Email: mweinstein@cooley.com
Frederick S. Berretta (pending *pro hac vice*)    LOWELL D. MEAD (CA Bar No. 223989)
E-mail: fred.berretta@knobbe.com                  (lmead@cooley.com)
Edward C. Johnson (pending *pro hac vice*)        PHILIP H. MAO (CA Bar No. 300711)
E-mail: eddie.johnson@knobbe.com                  Email: pmao@cooley.com
KNOBBE, MARTENS, OLSON & BEAR, LLP                COOLEY LLP
12790 El Camino Real                              3175 Hanover Street
San Diego, CA 92130                               Palo Alto, CA 94304-1130
Phone: (858) 707-4000                             Telephone: (650) 843-5000
Facsimile: (858) 707-4001                         Facsimile: (650) 849-7400

*Attorneys for Plaintiff*                         *Attorneys for Defendant*
*Silver State Intellectual Technologies, Inc.*    *Facebook, Inc.*

                                                  IT IS SO ORDERED.

                                                  _____
                                                  UNITED STATES MAGISTRATE JUDGE

                                                  Dated: April 18, 2017

RENO 74750-1 15618v1

Case No. 2:17-cv-643-RFB-PAL        2.        STIPULATION TO EXTEND TIME FOR
                                              FACEBOOK, INC. TO ANSWER
                                              THE COMPLAINT

# CERTIFICATE OF SERVICE

The undersigned, an employee of Dickinson Wright PLLC, hereby certifies that on the 17th day of April, 2017, a copy of the **STIPULATION TO EXTEND TIME FOR FACEBOOK, INC. TO ANSWER THE COMPLAINT [FIRST REQUEST]** was served electronically to all parties of interest through the Court's CM/ECF system as follows:

| | |
|---|---|
| F. Christopher Austin<br>R. Scott Weide<br>Weide & Miller, Ltd.<br>7251 W. Lake Mead Blvd.<br>Suite 530<br>Last Vegas, NV 89128<br>caustin@weidemiller.com | Frederick S. Berretta<br>Edward C. Johnson<br>Knobbe Martens Olson & Bear LLP<br>12790 El Camino Real<br>San Diego, CA 92130<br>Fred.berretta@kmob.com |

/s/ Cindy S. Grinstead
An employee of Dickinson Wright PLLC